# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**ANTHONY FITZGERALD FARLEY**                                                                                 **PLAINTIFF**

v.                                    **CASE NO: 3:10cv00234 BSM**

**JACK McCANN, et al.**                                                                                                **DEFENDANTS**

### ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After carefully considering the proposed findings and recommended disposition and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.	Plaintiff's complaint is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted.

2.	This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3.	It is certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 19th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE