# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ANTHONY FITZGERALD FARLEY**                                      **PLAINTIFF**

**v.**                  **CASE NO: 3:10cv00234 BSM**

**JACK McCANN, et al.**                                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed today, judgment is entered dismissing this case with prejudice; the relief sought is denied. It is certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 19th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE